IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00918-WYD-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 CADILLAC ESCALADE XLT VIN 3GYFK62817G237736,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 19 U.S.C. § 1595a;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and sole claimant, Jose Tizcareno-Baltzar have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant property have been filed;

THAT forfeiture of $9,000.00 in lieu of defendant 2007 Cadillac Escalade XLT VIN 3GYFK62817G237736 shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 19 U.S.C. § 1595a.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $9,000.00 in lieu of defendant 2007 Cadillac Escalade XLT VIN 3GYFK62817G237736 shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated:  June 12, 2014

BY THE COURT:

/s/ Wiley Y. Daniel  
WILEY Y. DANIEL,  
SENIOR UNITED STATES DISTRICT JUDGE